```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8             FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )   CASE NO. 2:07-CR-441 GEB
                                  )
11            Plaintiff,          )
                                  )
12       v.                       )   STIPULATION AND ORDER TO
                                  )   EXCLUDE TIME
13  DANIEL MANCILLA CHAVEZ,       )
                                  )
14                                )
              Defendant.          )
15  _____ )
16
```

17      The parties request that the trial date in this case,
18 currently set for November 3, 2009, be vacated and that the
19 matter be continued to November 13, 2009 for change of plea at
20 9:00 a.m.  The parties stipulate that the time between November
21 3, 2009 and November 13, 2009 should be excluded from the
22 calculation of time under the Speedy Trial Act.  The parties
23 stipulate that the ends of justice are served by the Court
24 excluding such time, so that counsel for the defendant may have
25 reasonable time necessary for effective preparation, taking into
26 account the exercise of due diligence.  18 U.S.C. §
27 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, a plea
28 agreement has been provided to the defendant.  Some additional

1

changes need to be made to that plea agreement.  Defense counsel will need time to review the changes to plea agreement, discuss those changes with the defendant, and prepare for the change of plea hearing.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney

DATE: October 28, 2009      By:  /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

DATE: October 28, 2009          /s/ John Manning
                                        JOHN MANNING
                                        Attorney for Defendant

                                        **SO ORDERED.**

Dated:  October 28, 2009

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge