AO 245D-CAED (Rev. 09/2019) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## Eastern District of California

<table>
<tr><td>UNITED STATES OF AMERICA<br>v.<br><b>DANIEL MANCILLA CHAVEZ</b></td><td><b>JUDGMENT IN A CRIMINAL CASE</b><br>(For <b>Revocation</b> of Probation or Supervised Release)<br><br>Criminal Number: <b>2:07CR00441-6</b><br>Defendant's Attorney: Clemente M. Jimenez, Appointed</td></tr>
</table>

**THE DEFENDANT:**

[✔]   admitted guilt to violation of Charge ___2___ as alleged in the Violation Petition filed on ___4/21/2015___ .

[ ]   was found in violation of condition of supervision as to charge ___ after denial of guilt, as alleged in the violation petition filed on ___.

The defendant is adjudicated guilty of this violations:

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 2 | Re-entering the United States | 4/9/2015 |

The court:   [✔] revokes:   [ ] modifies:   [ ] continues under same conditions of supervision heretofore ordered on ___1/29/2010___ .

    The defendant is sentenced as provided in pages 2 through___of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]   Charge ___1___ is dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

    It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**7/12/2021**
Date of Imposition of Sentence

Signature of Judicial Officer
**Kimberly J. Mueller**, United States District Judge
Name & Title of Judicial Officer

7/26/2021
Date

AO 245B-CAED (Rev. 09/2019) Sheet 2 - Imprisonment

DEFENDANT: **DANIEL MANCILLA CHAVEZ**                                        Page 2 of 2
CASE NUMBER: **2:07CR00441-6**

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
<u>3 Months</u>.

[✓]   No TSR: Defendant shall cooperate in the collection of DNA.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district

    [ ]   at ____ on ____.

    [ ]   as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ]   before ____ on ____.

    [ ]   as notified by the United States Marshal.

    [ ]   as notified by the Probation or Pretrial Services Officer.

    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
United States Marshal

_____
By Deputy United States Marshal